## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

ROBERT LEE HINSON,
    Plaintiff,

vs.                                             Case No.: 3:09cv112/MCR/EMT

ESCAMBIA COUNTY SHERIFF'S
DEPARTMENT, et al.,
    Defendants.
_____/

## O R D E R

    Plaintiff was permitted to proceed in forma pauperis in this civil rights action in this district court.  The action was dismissed, pursuant to 28 U.S.C. § 1915(e)(2)(B) (see Doc. 9).  Plaintiff filed a notice of appeal (Doc. 11) and now seeks leave to proceed in forma pauperis on appeal (Doc. 13).

    Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a), this court hereby certifies that this appeal is not taken in good faith, and Plaintiff is not entitled to proceed in forma pauperis on appeal.  The reasons for this court's decision are outlined in the Magistrate Judge's Report and Recommendation dated May 6, 2009 (Doc. 6) and this court's order dated June 8, 2009 (Doc. 9) which adopted and incorporated that recommendation.  Additionally, Plaintiff has filed a motion for certificate of appealability (Doc. 11).  This motion, while unnecessary in civil rights actions such as this one, is denied as well.

    Accordingly, it is **ORDERED**:

    Plaintiff's motion for leave to proceed in forma pauperis on appeal (Doc. 13) is **DENIED**, and he is directed to pay the full appellate filing fee of $455.00 within **THIRTY**

**(30) DAYS** from the date of docketing of this order.  Plaintiff's motion for certificate of appealability (Doc. 11) is also **DENIED.**

**DONE AND ORDERED** this 23rd day of June 2009.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**